FILED

AUG 15 2007

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. **2:07-CR-181-MHT** |
| | ) | [18 USC § 371; |
| MICHAEL JAMES SHACKELFORD, and | ) | 18 USC § 641; |
| EMMIT HARDIE, JR. | ) | 18 USC § 2] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about January 9, 2007, in Montgomery County, within the Middle District of

Alabama,

### MICHAEL JAMES SHACKELFORD, and
### EMMIT HARDIE, JR.,

defendants herein, did combine, conspire, confederate, and agree among themselves and each

other to embezzle, steal, purloin, and knowingly convert to their own use and the use of another a

thing of value of an agency of the United States in an amount in excess of $1,000 – namely: a

Panasonic 42-inch flat screen TV and a Panasonic two-way wireless home theatre system

belonging to the United States Department of Agriculture (USDA), Forest Service – and to

receive, conceal, and retain the same with the intent to convert it to their own use and gain,

knowing it to have been embezzled, stolen, purloined, and converted, contrary to Title 18, United

States Code, Section 641.

### Overt Acts

In order to effect the object of the conspiracy, defendants SHACKELFORD and

HARDIE, JR. committed a number of overt acts, including but not limited to (1) gaining

unauthorized access to and entering the USDA Forest Service Supervisor's Office in

Montgomery, Alabama, on or about January 9, 2007; and (2) removing from the Supervisor's Office a Panasonic 42-inch flat screen TV and a Panasonic two-way wireless home theatre system on or about January 9, 2007.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about January 9, 2007, in Montgomery County, within the Middle District of Alabama,

MICHAEL JAMES SHACKELFORD, and<br>EMMIT HARDIE, JR.,

defendants herein, while aiding and abetting each other, did embezzle, steal, purloin, and knowingly convert to their use and the use of another a thing of value of an agency of the United States in an amount in excess of $1,000 – namely: a Panasonic 42-inch flat screen TV and a Panasonic two-way wireless home theatre system belonging to the United States Department of Agriculture (USDA), Forest Service – and did receive, conceal, and retain the same with the intent to convert it to their own use and gain, knowing it to have been embezzled, stolen, purloined, and converted. All in violation of Title 18, United States Code, Sections 641 and 2.

### FORFEITURE ALLEGATION

A.    Counts 1 and 2 of this indictment are incorporated herein by reference.

B.    Upon conviction for the violations as alleged in Counts 1 and 2 of this indictment,

MICHAEL JAMES SHACKELFORD, and<br>EMMIT HARDIE, JR.,

defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c), any record, voucher,

2

money or thing of value of the United States or any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, including, but not limited to, the following:

**One Panasonic 42-inch flat screen television; and,**

**One Panasonic two-way wireless home theater system.**

      C.    If any of the property described in this forfeiture allegation, as a result of any act an omission of the defendant, (1) cannot be located upon the exercise of due diligence; (2) has been transferred and sold to, and deposited with a third person; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; the United States intends to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

A TRUE BILL:

Foreperson

LEURA G. CANARY
UNITED STATES ATTORNEY

JOHN T. HARMON
Assistant United States Attorney

NATHAN D. STUMP
Assistant United States Attorney

3