IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **2:07-CR-181-MHT** |
| | ) | |
| | ) | |
| | ) | |
| **EMMITT HARDIE JR.,** | ) | |

### NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW**, J. Carlton Taylor, CJA Panel Attorney, and respectfully files this Notice of Appearance of Counsel in the above referenced case on behalf of the Defendant, Emmitt Hardie Jr. and counsel further requests that all future notices, pleadings, motions and correspondence relating this case be served upon him.

**RESPECTFULLY SUBMITTED**, this the 7th day of September, 2007.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR (TAY058)
Attorney for the Defendant

J. Carlton Taylor
FULLER, TAYLOR & HOLTON, P.C.
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 7th day of September, 2007.

                                        /s/ J. Carlton Taylor
                                        J. CARLTON TAYLOR (TAY058)
                                        Attorney for the Defendant

John Harmon
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197

Nathan D. Stump
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197