IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr181-MHT |
| **EMMIT HARDIE, JR.** | ) | |

ORDER

This cause is before the court on defendant Emmit Hardie, Jr.'s unopposed motion to continue.  For the reasons set forth below, the court finds that jury selection and trial, now set for November 5, 2007, should be continued pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an

> offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Id. § 3161(h)(8)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(8)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Hardie in a speedy trial. Hardie and the government have entered plea negotiations but a plea agreement is not yet final. Hardie needs

additional time to finalize the plea agreement and to investigate and consider his qualifications and application for acceptance into the pre-trial diversion program.

Accordingly, it is ORDERED as follows:

(1) Defendant Emmit Hardie, Jr.'s motion for continuance (doc. no. 22) is granted.

(2) The jury selection and trial, now set for November 5, 2007, are reset for December 10, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 2nd day of October, 2007.

          /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE