IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:07-CR-181-MHT |
| | ) | |
| | ) | |
| | ) | |
| EMMITT HARDIE JR., | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW**, the Defendant, Emmit Hardie, Jr. by and through the undersigned attorney, J. Carlton Taylor, and respectfully moves this Court to reset the above-referenced matter now scheduled for trial on December 10, 2007 trial docket to allow for the consideration of pretrial diversion in this matter. In support of this Motion, defendant would show:

1.  On September 4, 2007, Mr. Hardie was arraigned on an Indictment charging offenses involving theft of government property.

2.  Pursuant to recent plea negotiations, both parties agree that a resolution of this matter should be reached. Central to a potential resolution of this matter is the possibility of Mr. Hardie's acceptance into the pre-trial diversion program.

3.  Undersigned counsel submitted a Pretrial Diversion packet for the Defendant to the United States Attorney Office on October 5, 2007. If the Government agrees that diversion is the appropriate disposition of the case, the case will then be presented to the United States Probation Office for its determination of whether or not to accept Mr. Hardie into the program.

4.	Mr. Hardie respectfully requests a continuance from the current trial setting on December 10, 2007, in order to finalize plea negotiations and to investigate and consider his qualifications and application for pretrial diversion by the United States Attorney Office and United States Probation Office.

5.	The Government, through Assistant United States Attorney Nathan Stump, has no opposition to the granting of this Motion.

6.	While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11thCir. 1984), *reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, because prosecution may be deferred/diverted if pretrial diversion is granted, it is in the interest of justice to continue the trial in this matter so as to allow Mr. Hardie the opportunity to pursue diversion.  18 U.S.C. §§3161 (h)(2) and 3161 (h)(8)(B)(I).

**WHEREFORE**, the Defendant respectfully requests that this Motion be granted and the trial now set for December 10, 2007 trial docket be continued.

Respectfully submitted this the 20th day of November, 2007.

/s/  J. Carlton Taylor_____
 J. CARLTON TAYLOR
 Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

FULLER, TAYLOR & HOLTON, P.C.
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 20th day of November, 2007.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

Nathan D. Stump
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197