IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:07-CR-181-MHT |
| | ) | |
| | ) | |
| | ) | |
| EMMITT HARDIE JR., | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW**, the Defendant, Emmit Hardie Jr., by and through his undersigned counsel, J. Carlton Taylor, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty.  The Defendant further waives his right to plead in front of a District Judge and consents to do so before a Magistrate Judge.

**RESPECTFULLY SUBMITTED**, this the 29th day of January, 2008.

/s/  J. Carlton Taylor_____
 J. CARLTON TAYLOR
 Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 29th day of January, 2008.

                                                  /s/ J. Carlton Taylor  
                                                  J. CARLTON TAYLOR (TAY058)  
                                                  Attorney for the Defendant

Nathan Stump  
Assistant U.S. Attorney  
PO Box 197  
Montgomery AL 36101-0197