IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

UNITED STATES OF AMERICA )
)
vs. ) CR NO. 2:07CR181-MHT
)
EMMIT HARDIE, JR. )

## CONSENT

I, __Emmit Hardie, Jr.__, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my attorney, hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DONE, this the __6th__ Day of __February__, 2008.

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT