IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
         v.                 )    CRIMINAL ACTION NO.
                            )      2:07cr181-MHT
EMMIT HARDIE, JR.           )

<u>ORDER</u>

It is ORDERED that the motion to substitute counsel (Doc. No. 50) is granted.

DONE, this the 24th day of March, 2008.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE