IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
     v.                         )      CASE NO. 2:07cr181-MHT
                                )
MICHAEL JAMES SHACKELFORD and )
EMMIT HARDIE, JR.               )

## O R D E R

Upon consideration of the motion to strike forfeiture allegation (doc. no. 52) heretofore filed in the above-styled cause; counsel for defendants having orally informed the court that defendants do not object; and for good cause shown, the court is of the opinion that the motion should be and the same is hereby granted. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the court that the forfeiture allegation is hereby stricken.

DONE, this the 14th day of May, 2008.

            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE